**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Church of Learning Ministries, Rev.
Matthew Lawrence Koscielski,

       Plaintiffs,

                                   **ORDER**
   v.                             Civil No. 08-5798 ADM/RLE

Todd/Wadena Community Corrections,

       Defendant.

---

Matthew Lawrence Koscielski, *pro se.*

Mary A. Rice, Esq., Fafinski, Mark & Johnson, PA, Eden Prairie, MN, argued on behalf of
Defendant.

---

On March 3, 2009, the undersigned United States District Judge heard oral argument on

Defendant Todd/Wadena Community Corrections' ("Todd/Wadena") Amended Motion to

Dismiss [Docket No. 2]. For the reasons stated on the record at oral argument, **IT IS HEREBY**

**ORDERED** that Todd/Wadena's Motion to Dismiss [Docket No. 2] is **GRANTED** and the

matter is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                  BY THE COURT:


                                   s/Ann D. Montgomery
                                   ANN D. MONTGOMERY
                                   U.S. DISTRICT JUDGE

Dated: March 3, 2009.